IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CT-3131-F

| | | |
|---|---|---|
| DAVID A. BOWIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SUPT. JOYCE KORNEGAY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Dr. Arthur B. Davis has filed a motion for entry of consent order [D.E. # 23] and a motion for extension of time in which to file an answer or other responsive pleading [D.E. # 25]. Dr. Davis requests entry of a consent order "controlling the production of confidential documents, material and information" concerning this case, which is in the possession of the North Carolina Department of Public Safety, Division of Adult Correction ("DAC"). Def.'s Mot. [D.E. # 23] 1. Dr. Davis asserts that he requires the documents or other materials or information in order to defend himself against plaintiff's allegations in this matter. According to Dr. Davis, his counsel and counsel for the DAC have agreed to the terms governing the requested production, as set out in the proposed consent order provided by Dr. Davis. Id. Additionally, Dr. Davis seeks an extension of time in which to answer or otherwise respond to plaintiff's complaint. Specifically, Dr. Davis requests up to sixty days beyond the date that the court enters the requested consent order.

Upon consideration of the motions, the court finds that they are well-taken and are due to be granted. Accordingly, defendant's Motion for Entry of Consent Order [D.E. # 23] is GRANTED. The court will enter the consent order by separate order. Furthermore, defendant's Motion for

Extension of Time [D.E. # 25] in which to answer or otherwise respond to the complaint is GRANTED. Defendant shall file his answer or other responsive pleading on or before sixty days from the date on which the consent order is entered by the court.

SO ORDERED. This the 7th day of February, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge